June 12, 1984.

478 A.2d 88

Burdo, Sr. v. Diesel, Appellant.

Submitted March 29, 1984. Maureen E. Hailey, for appellant; Barry M. Miller, for appellee.

Before BROSKY, WIEAND and McEWEN, JJ.

Order affirmed.

McEWEN, J., concurred in the result.